# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-1475

Leticia Roberts and Calvin Sayers

Appellants

v.

Tony Thompson, in his official capacity as Black Hawk County Sheriff and Black Hawk County

Appellees

---

Appeal from U.S. District Court for the Northern District of Iowa - Eastern
(6:24-cv-02024-CJW)

---

**ORDER**

    Cato Institute and Institute for Justice have filed motions for permission to file amicus briefs and have tendered proposed amicus briefs on behalf of Appellants. The parties are hereby notified that they have ten (10) days from the date of this order to file objections to the motions. If at the end of that time no objections have been filed, the motions will be granted, and the briefs will be filed.

June 13, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
    /s/ Susan E. Bindler