# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 25, 2025

Charles B. Moore
PUBLIC JUSTICE
Suite 630
1620 L Street, N.W.
Washington, DC  20036

    RE:  25-1475  Leticia Roberts, et al v. Tony Thompson, et al

Dear Counsel:

    In reviewing the appendix in the above case, we noted the following deficiency(s). **Please file a Certificate of Service for the joint appendix within 5 days of the date of this notice.**


\_\_X\_\_\_CERTIFICATE OF SERVICE.  Please file a Corrected Certificate of Service entry on CM/ECF showing service of the joint appendix on opposing counsel.  The certificate must show the date and method of service.


    Susan E. Bindler
    Clerk of Court

CRJ

cc:    Shefali Aurora
    Rita N. Bettis Austen
    Leslie Andrea Bailey
    Thomas Arthur Berry
    Michael Darrell Currie
    Thomas P. Frerichs
    Sarah Beth Golwitzer
    Katherine E. Gral
    Kiese T. Hansen
    Logan Kraus
    Russell E. Lovell II
    Katrin Marquez
    Joshua R. O'Neill
    Anna P. Prakash

Michael Christopher Richards
Thomas Dillon Story
Brandon R. Underwood
Seth T. Wayne
Kelcy Whitaker