No. 25-1475

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

Leticia Roberts, Calvin Sayers;
*Plaintiffs-Appellants*

v.

Sheriff Tony Thompson, in his official capacity as Black Hawk County Sheriff; and Black Hawk County;
*Defendants-Appellees*

On Appeal from the United States District Court
for the Northern District of Iowa
No. 6:24-cv-2024 (Hon. C.J. Williams)

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2025, I served one (1) copy of the following documents:

**JOINT APPENDIX – Volume 1 of 2 [J.A. 001 – J.A. 326]**

**JOINT APPENDIX – Volume 2 of 2 [J.A. 327 – J.A. 412]**

by electronic mail to counsel for the Defendants-Appellees at the following electronic mail addresses:

Michael C. Richards
   mike.richards@dentons.com

Katherine E. Gral
   katie.gral@dentons.com
Logan S. Kraus
   logan.kraus@dentons.com
Dentons Davis Brown PC
215 10th Street, Suite 1300
Des Moines, Iowa 50309

*/s/ Ryan Carlile*
Ryan Carlile