# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-1475

Leticia Roberts and Calvin Sayers

Appellants

v.

Tony Thompson, in his official capacity as Black Hawk County Sheriff and Black Hawk County

Appellees

---

Appeal from U.S. District Court for the Northern District of Iowa - Eastern
(6:24-cv-02024-CJW)

---

## ORDER

Cato Institute, Institute for Justice, Law School Clinics and Clinical Professors, and NAACP Iowa-Nebraska State Area Conference of Branches, have filed motions for leave to file amicus briefs on behalf of appellants, and the motions are granted. The clerk shall review the briefs submitted by the amicus parties for filing.

July 14, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler