# United States Court of Appeals
## For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

**TO:** Katrin Marquez

**cc:** Rita N. Bettis Austen
Leslie Andrea Bailey
Thomas Arthur Berry
Michael Darrell Currie
Thomas P. Frerichs
Sarah Beth Golwitzer
Katherine E. Gral
Kiese T. Hansen
Logan S. Kraus
Russell E. Lovell II
Shefali Aurora
Charles B. Moore
Joshua R. O'Neill
Anna P. Prakash
Michael Christopher Richards
Thomas Dillon Story
Grace Elizabeth Tobin
Brandon R. Underwood
Seth T. Wayne
Kelcy Whitaker

**FROM:** Clifford R. Jackson

**DATE:** July 22, 2025

**RE:** 25-1475  Leticia Roberts, et al v. Tony Thompson, et al

Your paper briefs in the above-case have been received. In reviewing the briefs, we noted the deficiency shown below.

**Your Corrected Certificate of Service is due 5 days from the date of this notice.**

___X___Please file a Corrected Certificate of Service entry in CM/ECF showing service of the paper copies of Institute for Justice's brief on the parties' counsel.  The certificate must show the date and method of service.  The Certificate of Service included in the brief shows service to counsel for the NAACP.