# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No. 25-1475

_____

Leticia Roberts; Calvin Sayers

Plaintiffs - Appellants

v.

Tony Thompson, in his official capacity as Black Hawk County Sheriff; Black Hawk County

Defendants - Appellees

------------------------------

Cato Institute; Institute for Justice; Law School Clinics and Clinical Professors; NAACP Iowa-Nebraska State Area Conference of Branches

Amici on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the Northern District of Iowa - Eastern
(6:24-cv-02024-CJW)

_____

**JUDGMENT**

Before LOKEN, GRUENDER, and GRASZ, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the district court's dismissal of the due process claim in the first amended complaint is vacated and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

May 20, 2026

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler